IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TERRY CYRUS, et al.,<br><br>　　Plaintiffs,<br><br>　　　v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>　　Defendants. | CIVIL ACTION FILE<br>NO. 1:12-CV-1156-TWT |

### ORDER

This is a foreclosure action. It is before the Court on the Report and Recommendation [Doc. 11] of the Magistrate Judge recommending granting in part and denying in part the Defendants' Motion to Dismiss [Doc. 4]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendants' Motion to Dismiss [Doc. 4] is GRANTED in part and DENIED in part. The Fair Debt Collection Practices claim is dismissed in its entirety. The violation of the automatic stay claim is dismissed as to the Plaintiff Jones.

SO ORDERED, this 7 day of March, 2013.

　　　　　　　　　　　　　　　　/s/Thomas W. Thrash
　　　　　　　　　　　　　　　　THOMAS W. THRASH, JR.
　　　　　　　　　　　　　　　　United States District Judge

T:\ORDERS\12\Cyrus\r&r.wpd